## LAWSON v. STATE.
### No. 23212.

Court of Criminal Appeals of Texas.

Nov. 7, 1945.

Ross Hardin and Stanley Bransford, both of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for driving an automobile upon a public highway while appellant was intoxicated, and punishment was assessed at a fine of $50 and 45 days in jail.

No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.